IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00016-AP

JERI L. CURTIS,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff**:

        Mark D. Elliott
        7884 Ralston Road
        Arvada, CO 80002
        (303) 424-5319 (telephone)

    **For Defendant:**

        WILLIAM J. LEONE
        United States Attorney
        KURT BOHN
        Assistant United States Attorney

    By:    Debra J. Meachum
        Special Assistant United States Attorney
        Laura Ridgell-Boltz, Assistant Regional Counsel
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-1571
        (303) 844-0770 (facsimile)

**2.	STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.	DATES OF FILING OF RELEVANT PLEADINGS**

 A.	Date Complaint Was Filed: <u>January 5, 2006.</u>
 B.	Date Complaint Was Served on U.S. Attorney's Office: <u>January 9, 2006.</u>
 C.	Date Answer and Administrative Record Were Filed: <u>April 10, 2006.</u>

**4.	STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

 **<u>Plaintiff, to the best of her knowledge, states that the administrative record is complete and accurate.</u>**
 **<u>Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.</u>**

**5.	STATEMENT REGARDING ADDITIONAL EVIDENCE**

 **<u>Plaintiff does not intend to submit additional evidence.</u>**
 **<u>Defendant does not intend to submit additional evidence.</u>**

**6.	STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

 **<u>Plaintiff, to the best of her knowledge, does not believe the case raises unusual claims or defenses.</u>**
 **<u>Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.</u>**

**7.	OTHER MATTERS**

 **<u>Plaintiff has no other matters to bring to the attention of the court.</u>**
 **<u>Defendant has no other matters to bring to the attention of the court.</u>**

**8.	PROPOSED BRIEFING SCHEDULE**

 A.	Plaintiff's Opening Brief Due:	<u>MAY 10, 2006.</u>
 B.	Defendant's Response Brief Due:	<u>JUNE 9, 2006.</u>
 C.	Plaintiff's Reply Brief (If Any) Due: <u>JUNE 26, 2006.</u>

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

   **A.  Plaintiff's Statement.**
   **Plaintiff is willing to appear for oral argument to assist the court.**

   **B.  Defendant's Statement:**
   **Defendant does not request oral argument.**

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   *Indicate below the parties' consent choice.*

   **A.    ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
   **B.    (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   OTHER MATTERS**

   **The parties agree that filing motions for extension of time or continuances will comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.**

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

   **The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.**

   DATED this **28th day of April, 2006.**

                                        BY THE COURT:


                                         S/John L. Kane
                                        U.S. DISTRICT COURT JUDGE

**APPROVED:**

**For Plaintiff:**

**s/Mark D. Elliott        Date: 04/28/06**
7884 Ralston Road
Arvada, CO 80002
(303) 424-5319 (telephone)
elliottlaw@aol.com

**For Defendant:**

WILLIAM J. LEONE
United States Attorney
KURT BOHN
Assistant United States Attorney

**s/Debra J. Meachum   Date: 03/14/05**
By:    Debra J. Meachum
Special Assistant United States Attorney

Laura Ridgell-Boltz
Assistant Regional Counsel

Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1571
(303) 844-0770 (facsimile)
debra.meachum@ssa.gov
laura.ridgell-boltz@ssa.gov