IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00016-PSF

JERI L. CURTIS,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Serucity,

    Defendant.

## ORDER SETTING ORAL ARGUMENT

This matter comes before the Court following review of the file, administrative record and briefs submitted.

IT IS HEREBY ORDERED that an oral argument hearing will be held on **Tuesday, September 5, 2006 at 9:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A602, 6th Floor, Arraj Courthouse, 901 19th Street, Denver, Colorado.

DATED: June 29, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge