IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00016-PSF

JERI L. CURTIS,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER GRANTING ATTORNEY FEES

This matter is before the Court on the parties' Unopposed Motion for Order Approving Stipulation for Award of Attorney Fees (Dkt. # 19).  Having reviewed the motion and the file, the Court hereby ORDERS that Plaintiff Jeri L. Curtis be awarded attorney fees and and expenses in this matter in the amount of Three Thousand Six Hundred Twenty-One Dollars and Thirty-Two Cents ($3,621.32) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

    DATED:  October 23, 2006

                                                                   BY THE COURT:

                                                                   *s/ Phillip S. Figa*

                                                                   _____
                                                                   Phillip S. Figa
                                                                   United States District Judge