UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 06-cv-00016-EWN

JERI L. CURTIS, Plaintiff

vs.

JO ANNE B. BARNHART
Commissioner of Social Security, Defendant.

## ORDER AWARDING 406(b) ATTORNEYS FEES

This matter is before the Court on the Plaintiff's Unopposed Motion for Order for Reasonable Attorney Fees Under 42 U.S.C. § 406(b). Having reviewed the motion and the file, the Court hereby ORDERS:

Considering all the necessary factors under 406(b), the Court agrees that the fees sought by Plaintiff's counsel are reasonable and the Court approves the fees for his work in this proceeding in the total amount of Four Thousand Seven Hundred Twenty-Two Dollars and Sixty Cents ($4,722.60) under 42 U.S.C. § 406(b) to be paid directly to the attorney for Plaintiff from the monies being held by the Defendant from the Plaintiff's past due benefits; and

The Court further orders that, upon payment of the fees requested in the present motion, Plaintiff's attorney will immediately refund to the Plaintiff the amount of the EAJA fees -- Three Thousand Six Hundred Twenty-Three Dollars and Thirty-Two Cents ($3,623.32).

DATED at Denver, Colorado, this 28th day of August, 2008

                                        BY THE COURT:

                                        <u>s/ Edward W. Nottingham</u>
                                        EDWARD W. NOTTINGHAM
                                        CHIEF UNITED STATES DISTRICT JUDGE